UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELDA PRICE                                               CIVIL ACTION

VERSUS                                                    NUMBER 07-383-RET-DLD

PLANTATION MANAGEMENT
COMPANY, ET AL

### ORDER

Considering the Court's order dated July 25, 2008 granting plaintiff's motion to withdraw consent to proceed before a magistrate judge;

IT IS ORDERED that the pretrial conference set for January 15, 2009, at 2:00 p.m. and the three-day jury trial set for February 17-19, 2009 at 9:00 a.m. are hereby CANCELED.

Signed in Baton Rouge, Louisiana, on August 15, 2008.

MAGISTRATE JUDGE DOCIA L. DALBY